| | |
|---|---|
| Nautilus Insurance Company,<br><br>　　　Plaintiff,<br><br>v.<br><br>Keave W. Bayes, Craig Rutland, and<br>Kenneth Darrell Andrews,<br><br>　　　Defendants. | DEFENDANT KEAVE W. BAYES'<br>RESPONSE IN OPPOSITION TO<br>MOTION TO EXCLUDE THE<br>OPINIONS OF BRYAN TILDEN |

Defendant Keave W. Bayes opposes Nautilus' Motion to Exclude the testimony of Bryan Tilden to the extent Nautilus is seeking to prevent Mr. Tilden from offering testimony or evidence which the Court deems relevant and appropriate or evidence to rebut Nautilus' expert.

Defendant Bayes is not seeking to circumvent the Court's Order granting in part judgment on the pleadings with respect to claims handling. (Doc. 44).

This 2nd day of December, 2022.

/s/ Sanford W. Thompson, IV
Sanford W. Thompson, IV
N.C. Bar No. 9496
Sanford Thompson PLLC
4800 Six Forks Road, Suite 100
Raleigh, NC 27609
919-784-9007
sanford@sthompsonlaw.com

/s/ John Paul Godwin
John Paul Godwin

N.C. Bar No. 41264
Hardison &Cochran, PLLC
PO Box 17289
Raleigh, NC  27619
John@lawyernc.com
*Attorneys for Defendant Keave W. Bayes*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:22-cv-00064

| | |
|---|---|
| Nautilus Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>Keave W. Bayes, Craig Rutland, and<br>Kenneth Darrell Andrews,<br><br>    Defendants. | CERTIFICATE OF SERVICE |

This is to certify that the undersigned has this date served the foregoing document in the above-entitled action upon all parties who are not in default by CM/ECF to the following attorneys of record:

> James M. Dedman, IV
> Gallivan, White, & Boyd, P.A.
> 6805 Morrison Blvd., Suite 200
> Charlotte, NC 28211
>
> Shelley Sunderman Montague
> Gallivan White & Boyd P.A.
> 1201 Main Street St 1200
> Columbia SC 29201
> *Attorneys for Plaintiff, Nautilus Insurance Company*

This the 2nd day of December, 2022.

> /s/ Sanford W. Thompson, IV
> Sanford W. Thompson, IV
> N.C. Bar No. 9496
> Sanford Thompson PLLC
> 4800 Six Forks Road, Suite 100
> Raleigh, NC 27609
> 919-784-9007
> sanford@sthompsonlaw.com