UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:22-cv-00064

| | |
|---|---|
| Nautilus Insurance Company,<br><br>    Plaintiff,<br><br>v.<br><br>Keave W. Bayes, Craig Rutland, and<br>Kenneth Darrell Andrews,<br><br>    Defendants. | DEFENDANT KEAVE W. BAYES'<br>BRIEF IN SUPPORT OF IT'S<br>OPPOSITION TO MOTION TO<br>EXCLUDE THE OPINIONS OF<br>BRYAN TILDEN |

On September 19, 2022, Defendant Keave Bayes identified Bryan Tilden as a potential witness in his Second Supplemental Rule 26(a)(1). (Doc. 49-4).

The following quote from the Second Supplemental Disclosure identifying Mr. Tilden set forth topics upon which Mr. Tilden might offer evidence, if the Court deemed it relevant and admissible. In recognition of the Order (Doc. 44) that Mr. Bayes does not have standing to pursue first-party claims for improper claims' handling, those portions of the disclosure dealing with claims' handling are struck through leaving a revised disclosure for potential evidence from Mr. Tilden:

> Testimony, including expert testimony and opinions, regarding: insurance principles; insurance policy underwriting; insurance policy forms; assembly of insurance policies; matters regarding how insurance agents and surplus lines brokers offer, sell, explain, communication with policyholders and insurance carriers, and service policies; ~~insurance claim reporting and investigation;~~ analysis of insurance coverage; analysis of the facts and information available to Nautilus; ~~principles and responsibilities when an insurance company communicates Reservation of Rights and denial;~~ North

Carolina insurance laws; matters referenced or pertaining to Mr. Tilden's report which was sent to Nautilus' lawyers on September 15, 2022 and which is attached to these Second Supplemental Disclosures; other matters which are relevant, reasonably calculated to lead to matters relevant to the issues before the court; other matters related to responses to questions from Nautilus' lawyers or the court; and matters related to respond to any expert identified by Nautilus.

Nautilus identified an insurance expert named Bernd G. Heinze on October 12, 2022. (Doc. 50).

On October 19, 2022, Nautilus' counsel asked for a date to depose Bryan Tilden in "mid to late November". On November 2, 2022, Bayes' counsel offered to make Mr. Tilden available on November 29, 2022. (Exhibit 1).

On November 3, 2022, Bayes' requested dates to depose Nautilus' expert Bernd Heinze before the close of discovery on December 22, 2022. Bayes' counsel also explained their intention to keep Mr. Tilden as a potential witness and asked if Nautilus planned to withdraw its expert as a potential witness. Nautilus did not follow through to confirm Mr. Tilden's deposition and indicated it would try and exclude him, so Mr. Tilden has not done further work on the case. Also, Nautilus has not offered dates to depose Mr. Heinze or a response regarding his withdrawal. (Exhibit 2).

Federal Rule of Evidence 702 provides that an expert witness "may testify in the form of an opinion or otherwise" if the testimony "will help the trier of fact to understand the evidence or to determine a fact in issue". Testimony regarding an ultimate issue is not automatically objectionable. Federal Rule of Evidence 704.

The discovery period has not closed. Nautilus has not withdrawn Mr. Heinze as a potential witness. Keave Bayes respectfully submits it is too early to exclude Bryan Tilden altogether or to rule on whether particular testimony from him might be relevant or helpful. In the event the case proceeds to trial, the parties will have the right to make motions in limine, and the Court can rule then or reserve ruling until evidence is offered at trial. (Doc. 31).

Also and in the meantime if Nautilus submits an affidavit from its expert, Mr. Heinze, or if Nautilus indicates an intention to offer trial evidence from Mr. Heinze, Keave Bayes should be entitled to offer rebuttal from Mr. Tilden.

Mr. Bayes has offered, and will continue to offer Nautilus the chance to depose Bryan Tilden at a mutually agreeable time.

Keave Bayes will abide by the rulings of the Court made in the Order for Partial Judgment on the pleadings (Doc. 44).

Keave Bayes reserves the right to present evidence from Bryan Tilden which the Court deems relevant and admissible and the right to make offers of proof of evidence from Mr. Tilden.

This 2nd day of December, 2022.

/s/ Sanford W. Thompson, IV
Sanford W. Thompson, IV
N.C. Bar No. 9496
Sanford Thompson PLLC
4800 Six Forks Road, Suite 100
Raleigh, NC 27609
919-784-9007
sanford@sthompsonlaw.com

/s/ John Paul Godwin

John Paul Godwin
N.C. Bar No. 41264
Hardison &Cochran, PLLC
PO Box 17289
Raleigh, NC  27619
John@lawyernc.com

*Attorneys for Defendant Keave W. Bayes*

## CERTIFICATE OF WORD COUNT

I hereby certify that the word count in this document is 633 words, in compliance with L.R. 7.3(d)(1).

/S/ Sanford W. Thompson, IV
Sanford W. Thompson, IV
N.C. Bar No. 9496
Sanford Thompson PLLC
4800 Six Forks Road, Suite 100
Raleigh, NC 27609
919-784-9007
sanford@sthompsonlaw.com

/S/ John Paul Godwin
John Paul Godwin
N.C. Bar No. 41264
Hardison &Cochran, PLLC
PO Box 17289
Raleigh, NC  27619
John@lawyernc.com

*Attorneys for Defendant Keave W. Bayes*

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
NO. 1:22-cv-00064

| | |
|---|---|
| Nautilus Insurance Company,<br><br>     Plaintiff,<br><br>v.<br><br>Keave W. Bayes, Craig Rutland, and<br>Kenneth Darrell Andrews,<br><br>     Defendants. | CERTIFICATE OF SERVICE |

This is to certify that the undersigned has this date served the foregoing document in the above-entitled action upon all parties who are not in default by CM/ECF to the following attorneys of record:

James M. Dedman, IV
Gallivan, White, & Boyd, P.A.
6805 Morrison Blvd., Suite 200
Charlotte, NC 28211

Shelley Sunderman Montague
Gallivan White & Boyd P.A.
1201 Main Street St 1200
Columbia SC 29201
*Attorneys for Plaintiff, Nautilus Insurance Company*

This the 2nd day of December, 2022.

           */s/ Sanford W. Thompson, IV*
           Sanford W. Thompson, IV
           N.C. Bar No. 9496
           Sanford Thompson PLLC
           4800 Six Forks Road, Suite 100
           Raleigh, NC 27609
           919-784-9007
           sanford@sthompsonlaw.com