# RE: Nautilus v. Bayes, et al. / expert depositions [IWOV-IMANMAIN.FID913723]

Lindsey Jones <ljones@gwblawfirm.com>

Thu 11/3/2022 7:38 AM

To: Brooks Miller <brooks@sthompsonlaw.com>

Thanks so much, we will get the notice sent out.



**EXHIBIT 1**



**Lindsey Jones**
Paralegal
ljones@gwblawfirm.com

**Gallivan, White & Boyd P.A.**
1201 Main Street | Suite 1200 | Columbia SC 29201
803 724 1702 Direct | 803 779 1833 Main | 803 779 1767 Fax
**Mailing** Post Office Box 7368 | Columbia SC 29202

vCard | BioURL | Website

This message is from the law firm Gallivan, White & Boyd, PA and may be a confidential and privileged legal communication to the named recipient(s). If you receive this message in error or are not the named recipient(s), please notify the sender and delete this email. Thank you.

**From:** Brooks Miller <brooks@sthompsonlaw.com>
**Sent:** Wednesday, November 2, 2022 4:06 PM
**To:** Lindsey Jones <ljones@gwblawfirm.com>
**Subject:** Re: Nautilus v. Bayes, et al. / expert depositions [IWOV-IMANMAIN.FID913723]

## Warning – This email originated outside the GWB email system!

Hi Lindsey,
The date available is 11/29 at 11:00 a.m. in our office at 4800 Six Forks Rd. Ste. 100, Raleigh NC 27609. Sanford has agreed to accept the service of the subpoena.

Brooks Miller, N.C. Certified Paralegal
Sanford Thompson, PLLC
Phone (919) 784-9007 x2 / Fax (919) 784-9003
brooks@sthompsonlaw.com

**From:** Lindsey Jones <ljones@gwblawfirm.com>
**Sent:** Wednesday, November 2, 2022 7:53 AM
**To:** Brooks Miller <brooks@sthompsonlaw.com>
**Subject:** RE: Nautilus v. Bayes, et al. / expert depositions [IWOV-IMANMAIN.FID913723]

Hey Brooks, just following up on dates for Bryan Tilden's deposition. Any chance you all can provide some dates in the last week of November?



**Lindsey Jones**
Paralegal
ljones@gwblawfirm.com

**Gallivan, White & Boyd P.A.**
1201 Main Street | Suite 1200 | Columbia SC 29201
803 724 1702 Direct | 803 779 1833 Main | 803 779 1767 Fax
**Mailing** Post Office Box 7368 | Columbia SC 29202

vCard | BioURL | Website

This message is from the law firm Gallivan, White & Boyd, PA and may be a confidential and privileged legal communication to the named recipient(s). If you receive this message in error or are not the named recipient(s), please notify the sender and delete this email. Thank you.

**From:** Lindsey Jones
**Sent:** Wednesday, October 19, 2022 2:58 PM
**To:** Brooks Miller <brooks@sthompsonlaw.com>
**Subject:** Nautilus v. Bayes, et al. / expert depositions [IWOV-IMANMAIN.FID913723]

Brooks,

We are looking to depose Bryan Tilden sometime in mid to late November. Do you mind providing available dates for Mr. Tilden?

Thank you,
Lindsey



**Lindsey Jones**
Paralegal
ljones@gwblawfirm.com

**Gallivan, White & Boyd P.A.**
1201 Main Street | Suite 1200 | Columbia SC 29201
803 724 1702 Direct | 803 779 1833 Main | 803 779 1767 Fax
**Mailing** Post Office Box 7368 | Columbia SC 29202

vCard | BioURL | Website

This message is from the law firm Gallivan, White & Boyd, PA and may be a confidential and privileged legal communication to the named recipient(s). If you receive this message in error or are not the named recipient(s), please notify the sender and delete this email. Thank you.