## RE: Nautilus v. Bayes, et al. / expert depositions [GWB-IMANMAIN.FID913723]

Sanford Thompson <sanford@sthompsonlaw.com>

Thu 11/3/2022 12:36 PM

To: Shelley Montague <smontague@gwblawfirm.com>;Joanne R. Dennis <JRD@LawyerNC.com>
Cc: Lindsey Jones <ljones@gwblawfirm.com>;Kendall Crawford <kcrawford@gwblawfirm.com>;Jeannie Cobb <jcobb@gwblawfirm.com>;Timothy Lyons <tim@lawyernc.com>;Brooks Miller <brooks@sthompsonlaw.com>;john@lawyernc.com <john@lawyernc.com>;Jessica Laffitte <jlaffitte@gwblawfirm.com>;Jim Dedman <jdedman@gwblawfirm.com>

| EXHIBIT |
| :-----: |
| **2** |

Shelley,

As our disclosure set forth, we have always planned to have Mr. Tilden speak on topics that deal with coverage. And to that end much of what he might offer will probably not be in the form of opinions. He is qualified by virtue of his training and experience to offer evidence relevant to the coverage at issue.

Mr. Tilden was identified as an expert so he could offer opinion testimony as well as non-opinion testimony relevant to the case and, obviously, within the bounds which will be applied by the judge at trial.

Based on the ruling, we do not plan to have him express opinions about unfair claims practices.

We are still waiting for transcripts from the recent depositions. Mr. Tilden will consider those and the information generated since Sept. 15.

If you want to depose him, we are happy to make him available on November 29.

Nautilus can make motions in limine prior to trial about the scope of Mr. Tilden's testimony.

On a related note if Nautilus plans to withdraw the gentleman identified as an expert as a potential witness, we will not depose him.

Best,

Sanford

---

**From:** Shelley Montague <smontague@gwblawfirm.com>
**Sent:** Thursday, November 3, 2022 11:51 AM
**To:** Joanne R. Dennis <JRD@LawyerNC.com>
**Cc:** Lindsey Jones <ljones@gwblawfirm.com>; Kendall Crawford <kcrawford@gwblawfirm.com>; Jeannie Cobb <jcobb@gwblawfirm.com>; Timothy Lyons <tim@lawyernc.com>; Brooks Miller <brooks@sthompsonlaw.com>; Sanford Thompson <sanford@sthompsonlaw.com>; john@lawyernc.com; Jessica Laffitte <jlaffitte@gwblawfirm.com>; Jim Dedman <jdedman@gwblawfirm.com>
**Subject:** RE: Nautilus v. Bayes, et al. / expert depositions [GWB-IMANMAIN.FID913723]

John Paul and Sanford,

I previously had asked my office to coordinate with y'all about a date for your expert's deposition. However, given the recent order from the court on Nautilus' motion for judgment on the pleadings, please let us know if it is still your intention to use your expert or if you plan to withdraw him. If it is your intention to continue to use your expert, we will need to file a motion to exclude the expert based on the court's ruling.

Best regards,
Shelley

**Shelley Sunderman Montague**
Partner
smontague@GWBlawfirm.com

**Gallivan, White & Boyd P.A.**
**Office** 1201 Main Street | Suite 1200 | Columbia SC 29201
803 724 1818 Direct | 803 779 1833 Main | 803 779 1767 Fax
**Mailing** Post Office Box 7368 | Columbia SC 29202

vCard | BioURL | Website

This message is from the law firm Gallivan, White & Boyd, PA and may be a confidential and privileged legal communication to the named recipient(s). If you receive this message in error or are not the named recipient(s), please notify the sender and delete this email. Thank you.

**From:** Joanne R. Dennis <JRD@LawyerNC.com>
**Sent:** Thursday, November 3, 2022 11:36 AM
**To:** Shelley Montague <smontague@gwblawfirm.com>
**Cc:** Lindsey Jones <ljones@gwblawfirm.com>; Kendall Crawford <kcrawford@gwblawfirm.com>; Jeannie Cobb <jcobb@gwblawfirm.com>; Timothy Lyons <tim@lawyernc.com>; Brooks Miller <brooks@sthompsonlaw.com>
**Subject:** Nautilus v. Bayes, et al. / expert depositions

## Warning – This email originated outside the GWB email system!

Good morning Shelley:

John Paul and Sanford would like to take the remote deposition of your expert, Bernd G. Heinze before December 22nd . Could you please provide dates/times for when will be suitable date/time to hold the deposition ?

Thank you.

Joanne Dennis
NC Certified Paralegal
Hardison & Cochran P.L.L.C.
P.O. Box 17289
Raleigh, NC 27619
Telephone: (919) 829-0449 Ext 227
Facsimile: (919) 835-1379
www.lawyernc.com



**Confidentiality Notice:  If you are not the intended recipient of this message, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication.**

**This communication may contain information that is proprietary, attorney/client privileged, attorney work product, confidential or otherwise legally exempt from disclosure. If you have received this message in error, please notify the sender immediately either by phone (800-738-0449) or by return e-mail and destroy all copies of this message (electronic, paper, or otherwise). A referral is our greatest compliment. If you know someone in need of our services, we welcome the opportunity to help.**